UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES BENTON BARNES,<br><br>                    Plaintiff,<br><br>    v.<br><br>SBU et al,<br><br>                    Defendants. | CASE NO. 3:20-cv-06086-TSZ-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR: January 29, 2021 |

This matter is before the Court on referral from the District Court and on the undersigned's Order to Show Cause. *See* Dkt. 5.

In the Order to Show Cause, the Court informed plaintiff that after screening his motion to proceed *in forma pauperis* and proposed complaint pursuant to 28 U.S.C. § 1915A, the Court declined to grant the motion to proceed *in forma pauperis*. Dkt. 5, at 1. The Court explained that plaintiff's complaint was subject to dismissal for failure to state a claim upon which relief could be granted. Dkt. 5, at 1. And the Court offered plaintiff an opportunity to amend his proposed complaint, informing plaintiff that failure to take action in response to the Order on or before December 18, 2020, would result in the undersigned recommending dismissal of the

1 | matter.  Dkt. 5, at 2.

2 | Plaintiff did not take any action in response to the Order to Show Cause.  Plaintiff has
3 | not requested an extension, filed an amended proposed complaint, or otherwise responded to the
4 | Show Cause Order, although it has been more than two weeks since the deadline to do so.

5 | Therefore, the undersigned recommends that this matter be dismissed without prejudice
6 | for failure to comply with a Court Order.   All pending motions should be denied.

7 | Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
8 | fourteen (14) days from service of this Report to file written objections.  *See also* Fed. R. Civ. P.
9 | 6.  Failure to file objections will result in a waiver of those objections for purposes of *de novo*
10 | review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver
11 | of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
12 | *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
13 | imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **January 29,**
14 | **2021,** as noted in the caption.

15 | Dated this 12th day of January, 2021.

_____
J. Richard Creatura
United States Magistrate Judge