UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES BENTON BARNES,

        Plaintiff,

v.

SBU, *et al.*,

        Defendants.

C20-6086 TSZ-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, to which no objections were filed, and the remaining record, does hereby find and **ORDER** that the Report and Recommendation is **ADOPTED.** The matter is dismissed without prejudice for failure to comply with a Court Order. All pending motions are denied. The Clerk shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

Dated this 17th day of February, 2021.

Thomas S. Zilly
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1